**FILED**

09/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0350

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE THE MARRIAGE OF | ) CASE NO. DA 21-0350 |
| | ) |
| DAVINA ATTAR-WILLIAMS, | ) |
| | ) **ORDER GRANTING MOTION** |
| Petitioner/Appellant, | ) **TO WITHDRAW** |
| | ) |
| and | ) |
| | ) |
| STEVEN THOMAS WILLIAMS, | ) |
| | ) |
| Respondent/Appellee. | ) |
| _____ | ) |

Upon the Motion of Kelly Varnes and Hendrickson Law Firm, P.C., the Respondent/Appellee, Steven Thomas Williams having executed a Consent to Withdrawal of Counsel, and for good cause shown:

**IT IS HEREBY ORDERED** that Kelly Varnes and Hendrickson Law Firm, P.C., are hereby withdrawn as counsel of record for Respondent/Appellee Steven Thomas Williams in the foregoing matter.

DATED this _____ day of _____, 2021.

_____
Supreme Court Judge

cc: Kelly Varnes
Davina Attar-Williams
Steven Thomas Williams

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2021